Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960





Monday, April 14, 2025

Travis Lang                                   Sent via email: travislang43@gmail.com

RE: AMENDED OFFER OF EMPLOYMENT

Dear Travis:

New American Funding, LLC ("**NAF**"), is pleased to offer you a position as a full time **Branch Manager,** reporting to Elly Cummings. We trust that your knowledge, skills and experience will be among our most valuable assets.

The purpose of this Offer Letter is to provide you with a summary of some of the pertinent terms and conditions of your employment at NAF:

## SUMMARY OF EMPLOYMENT TERMS AND CONDITIONS

1. **Proposed Start Date:** Friday, April 25, 2025.

2. **Compensation**: The following is a summary of the compensation components you will be eligible for as an exempt outside sales employee at NAF:

   **2.1. Signing Bonus:** NAF will pay you a signing bonus ("**Bonus**") of **$500,000.00,** which may be subject to repayment as provided for in Section 2.1.2 below. The Signing bonus payable as follows:

   $410,000 payable on May 12, 2025
   $30,000 payable on June 10, 2025
   $30,000 payable on July 10, 2025
   $30,000 payable on August 11, 2025

   **2.1.1 Eligibility; Payment**.  You must remain actively employed by NAF during the entire time period over which the Bonus shall be paid.  In no event shall NAF be obligated to pay any installment of the Bonus if your employment with NAF should terminate for any reason prior to the date such installment is due.  Payment of the Bonus is subject to all standard withholdings.

   **2.1.2  Obligation to Repay**. *You agree to enter into a promissory note that will be sent to you separate to be signed and executed.*  In the event you leave NAF's employment at any time within forty-eight (48) months after the Effective Date (the "**Repayment Period**"), you agree to repay NAF for the total amount of the Bonus, subject to the terms and conditions set forth below.

   (a) Repayment Amount.  You agree that any signing bonus paid to you by the Company, pursuant to this Agreement or otherwise, shall be subject to recovery in full by the Company should you resign or become separated within your first forty-eight (48) months of employment.

   (b) Repayment Obligation at Termination of Employment.  Should you resign your employment with NAF, or otherwise terminate or abandon your employment or be terminated for Cause before the end of the Repayment

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960

Travis Lang
April 1, 2025

Period, you agree to immediately pay (no later than thirty days after the date of termination) the remaining balance of the Bonus to NAF, subject to any deductions that have been made pursuant to subsection (a) above. You agree that any residual amount owed can be withheld from any final wages, commissions, earned vacation or other compensation owed to you (subject to applicable state law). For purposes of this subsection (b), "**Cause**" shall mean a termination of your employment due to (a) your violation of NAF's policies and procedures or (b) your breach of your Agreement.

**2.2 Commissions**: Commissions are paid only to Licensed Loan Consultants. Commissions shall be paid as a predetermined fixed rate of compensation, based on a percentage (expressed as basis points) of the principal amount funded and are payable in accordance with NAF's standard payroll practices. Details on your commission plan are set forth in the Commission Plan attached hereto as <u>Exhibit A</u>, a copy of which will be made part of your Agreement.

**2.4 New Hire GO! Loan Officer Coaching:** NAF will pay for one year of the GO! Loan Officer Coaching Program at the Elite Level.

**2.3 Manager Agreements**: Travis is eligible to receive a Branch Manager Agreement. (Outlined in Schedule 1 – Branch Manager Agreement)

**2.4 Support Staff:** You are eligible to hire the below support staff:

- Videographer - Maximum base salary will be $65,000 annually.
    - NAF will purchase the following equipment for your videographer: Sony FX30 Cinema Camera, Sigma 24-70mm f/2.8 DG DN (E-Mount), Sony NP-FZ100 Batteries, Sony Tough SD Cards 256GB x 2 and Samsung 2TB T7 Portable SSD
- Loan Officer Assistant – NAF will provide and train a dedicated Loan Officer Assistant.
- Marketing Coordinator - NAF will provide, hire and train a full time Marketing Coordinator

**2.5 New Hire Incentive Marketing Allocation:** As of your start date, NAF will provide you with $1,500 per month (the "**Marketing Allocation**") that you may use to pay for NAF approved marketing expenses that you incur. In drawing upon your Marketing Allocation, standard NAF expense reimbursement policies must be adhered to. The Marketing Allocation will not be considered earnings, may not be used by you for other than payment of NAF approved marketing expenses and will not be paid out at time of separation.

3. <u>Production</u>**:** As a Loan Consultant, you are expected to fund a minimum of six (6) loans or $1.5 million in fundings per quarter. NAF expects that you will turn in complete files and follow all NAF Rules and Compliance regulations.

4. <u>Payment</u>: All employees are paid bi-weekly in accordance with NAF's standard payroll practices.

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960

Travis Lang<br>April 1, 2025

5. **Benefits:** You are eligible for standard New American Funding benefits, benefits eligibility will begin on the 1st day of the month following your employment start date, all as further described in the New American Funding Employee Handbook. Additional information detailing the medical, dental and vision programs offered by New American Funding will be provided to you in a separate document.  Questions pertaining to the health benefits options or the Worker Compensation plans available at New American Funding should be directed to the NAF Benefits department via email at nafbenefits@nafinc.com.

    In order to maintain your NAF Benefits, you will be expected to ensure that benefit payments are being paid even if there are no commissions earned. Your benefits deductions will be taken out of your commission paychecks when you receive one. If you do not have enough commissions to cover your Benefits or if you do not earn commissions in any given pay period, you will need to submit a personal or cashier's check to NAF by the -fifteenth (15th) business day of each month, in order to continue your benefits coverage. To calculate your monthly benefits premium, please refer to your last check stub and multiply the amount by two. This will give you the monthly premium. You may also log in to Dayforce to view your benefits statement.

6. **At Will Employment:** Your employment with NAF will be 'at will'.  This means that you may end your employment with NAF at any time.  It also means that NAF may end your employment at any time, with or without cause or prior notice. Additionally, NAF may change the terms and conditions of your employment, including your position, duties, compensation, benefits, location and/or work schedule. Your status as an 'at will' employee cannot be changed, except through a written agreement signed by the CEO (presently Rick Arvielo) or President (presently Christy Bunce).

7. **Conditional Offer of Employment**: This Offer Letter is intended to serve solely as a summary of some of the pertinent terms and conditions of employment at NAF. Your offer of employment is conditioned upon the following: (a) satisfactory completion of reference and/or background checks (which may include a criminal background check); (b) demonstration of the right to work in this United States under the Immigration and Nationality Act of 1952 as amended which includes completion of an I-9 form, submission of valid, original documents that confirm your identity and authorization to work in the United States (a complete list of acceptable documents is available from Human Resources within the first three days of employment, please note that failure to submit appropriate and required documentation within the established guidelines will result in your immediate termination; (c) execution of an Outside Loan Agent Agreement ("**Agreement**"); and (d) your written agreement to abide by NAF's policies and procedures as outlined in the Employee Handbook and other personnel documents that you will receive at the beginning of, and throughout, your employment with NAF.

8. **NAF Licensing Guidelines:**

    | | |
    |---|---|
    | Step 1 | Complete Pre-Licensing Education |
    | Step 2 | Pass State SAFE Test and Pass National SAFE Test |
    | Step 3 | Complete any Remaining Licensing Requirements |

Agreement Revised 8.1.2024
THIS DOCUMENT DOES NOT ALTER ANY EMPLOYEE'S AT-WILL EMPLOYMENT STATUS, WHICH MEANS EITHER THE COMPANY OR THE EMPLOYEE MAY TERMINATE EMPLOYMENT AT WILL, WITH OR WITHOUT CAUSE, AT ANY TIME, WITH OR WITHOUT NOTICE.

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960

Travis Lang
April 1, 2025

| Step 4 | Receive MLO License from State Agency |
|---|---|

Until you are fully licensed you may not perform any of the following actions:

- Take a loan application by phone, face-to-face interview or any other means
- Discuss or negotiate with a customer the terms or conditions of a loan
- Quote rates to a customer
- Lock a loan
- Access NAF loan origination software
- Advertise or market yourself as a licensed mortgage loan originator
- Engage in any type of loan origination activities as defined by NAF or any State or Federal regulatory agency

**This offer will expire on April 19, 2025**. If you do not execute and return this offer of employment to NAF's Human Resources Department by such date, this offer of employment shall automatically become null and void.

**To accept this offer:**

1. Sign and date this offer of employment letter where indicated below. (All offers are conditional, based on successful completion of background check.)

**To decline this offer:**

1. Email your response to [NAFoffers@Nafinc.com](mailto:NAFoffers@Nafinc.com).

On behalf of the entire team at NAF, we would like to congratulate you on this opportunity. We at NAF hope that you'll accept this offer of employment and look forward to welcoming you aboard. If you have any questions, please feel free to contact your friendly Human Resources team.

Sincerely,

Human Resources Team

Agreement Revised 8.1.2024
THIS DOCUMENT DOES NOT ALTER ANY EMPLOYEE'S AT-WILL EMPLOYMENT STATUS, WHICH MEANS EITHER THE COMPANY OR THE EMPLOYEE MAY TERMINATE EMPLOYMENT AT WILL, WITH OR WITHOUT CAUSE, AT ANY TIME, WITH OR WITHOUT NOTICE.

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960

Travis Lang
April 1, 2025

In order to have your license sponsored and become an active employee with NAF, you must email our licensing department at licensing@nafinc.com. This email is to be sent on your first day of employment and must state that you have resigned from your previous employment, and you want NAF to submit our sponsorship request for your license(s). This email must also include your NMLS number, and accurate NMLS log in information. You must be sponsored by NAF to be employed. Please note, a sponsorship request will not be submitted until you email our licensing department.

This offer of employment is valid, executable, and must be received by the Human Resources Department within five (5) calendar days from the date of this offer letter. After five (5) calendar days from the date of this offer letter, this offer becomes null and void.

I acknowledge that this offer of employment supersedes all prior written or verbal communication concerning any of the terms of hire for the position and I acknowledge that there are no verbal understandings whatsoever that differ from this offer.

**Acceptance of Offer of Employment:**
By signing and dating this letter below, I accept the offer of employment from NAF.

Signature: *[signed]* Date: 4/17/2025 | 2:33 PM PDT

**Decline Offer of Employment:**
By signing and dating below, I decline the offer of employment from NAF.

Signature: Date:

**Acknowledged by Human Resources:**

Signature: *HR Management*

Agreement Revised 8.1.2024
THIS DOCUMENT DOES NOT ALTER ANY EMPLOYEE'S AT-WILL EMPLOYMENT STATUS, WHICH MEANS EITHER THE COMPANY OR THE EMPLOYEE MAY TERMINATE EMPLOYMENT AT WILL, WITH OR WITHOUT CAUSE, AT ANY TIME, WITH OR WITHOUT NOTICE.

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960

Travis Lang
April 1, 2025

## Exhibit A

## COMMISSION PLAN

**Name of Originating Loan Consultant ("Loan Consultant"):** <u>Travis Land</u>

**Effective Date:** April 25, 2025

This Commission Plan is part of that certain Loan Consultant Agreement ("**Agreement**") by and between Loan Consultant and New American Funding, LLC ("**NAF**"), is effective on the Effective Date noted above, and applies to loans you originated with lock dates on or after the Effective Date, or if there is no lock date (e.g., Brokered or Seconds), then the Encompass application dates on or after the Effective Date shall apply.  Loan Consultant acknowledges and agrees that, as of the Effective Date, this Commission Plan describes the total compensation package that Loan Consultant is eligible to earn and, together with the Agreement, supersedes all prior or contemporaneous written or oral, memoranda, arrangements, contracts or understandings between the Loan Consultant and NAF relating to such compensation, including, without limitation, any prior commission plans.  All capitalized terms not otherwise defined herein shall have the meanings to such terms as set forth in the Agreement.

For any questions about this Commission Plan, the Agreement, how commissions are calculated, or the commissions paid, please contact your manager.  The Commissions Team at NAF is also available to answer questions by emailing <u>commissions@nafinc.com</u>.

## COMPENSATION

In consideration for Loan Consultant's performance of his/her Duties, Loan Consultant shall be eligible for the following forms of compensation:

**1.    Commissions.**

    1.1    <u>Eligibility</u>.  Loan Consultant is eligible to earn commissions on those mortgage loans that the Loan Consultant has personally and individually performed all of the mortgage loan origination services (the "**Origination Services**").  Origination Services include: (1) presenting and explaining the mortgage loan process and application to the client/customer; (2) reviewing and examining the mortgage loan application received by the client/customer, and any related documentation, to ensure the mortgage loan application is complete and all documents requested or required by the lending institution(s) have been obtained from the client/customer.

    1.2    <u>Earned Commissions And Advances</u>.

        1.2.1    <u>Earned Commission</u>.  Loan Consultant acknowledges and agrees that commissions are paid as an advance and are not earned until NAF has reasonably determined that a Recapture Event (defined in **Section 1.2.3(a)** below) has not occurred ("**Advanced Commissions**").  NAF shall provide Loan Consultant with written notice of a Recapture Event within thirty (30) days after NAF becomes aware of the Recapture Event (the "**Recapture Notice Period**").  Upon expiration of the Recapture Notice Period without a Recapture Event, Loan Consultant's Advanced Commission will be deemed earned (an "**Earned Commission**").

Agreement Revised 8.1.2024
THIS DOCUMENT DOES NOT ALTER ANY EMPLOYEE'S AT-WILL EMPLOYMENT STATUS, WHICH MEANS EITHER THE COMPANY OR THE EMPLOYEE MAY TERMINATE EMPLOYMENT AT WILL, WITH OR WITHOUT CAUSE, AT ANY TIME, WITH OR WITHOUT NOTICE.

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960

Travis Lang
April 1, 2025

1.2.2   Payment of Advanced Commissions.  Advanced Commissions will be paid in the payroll period after the funding of the eligible mortgage loan, or with respect to brokered loans, upon NAF receiving the commissions from the lender, provided NAF can calculate the Advanced Commission in that payroll period.  If Advanced Commissions cannot be accurately calculated until the next payroll period, then the Advanced Commissions will be paid during the payroll period in which it can be calculated.  Advanced Commissions will be paid during the Loan Consultant's employment, including, as applicable, when a Loan Consultant is on paid time off, or an approved unpaid leave of absence.

In the event of termination of employment for any reason including resignation, all pending loan applications which were the result of a corporate managed account that have not funded will be turned over to another NAF employee for handling of the loan application and Loan Consultant will not be eligible to earn commission on those loans. Notwithstanding the immediately preceding sentence, Loan Consultant shall be eligible to earn commission on loan applications that were brought in and coded in the system as self-generated leads that result in a funded loan within 30 days of termination of employment.  Advanced Commissions on any such loans will be paid in the payroll period after the funding of the loan, less all recoverable advances and carry-forwards in accordance with this Commission Plan, and shall be subject to Recapture as set forth in **Section 1.2.3** below.  No Advanced Commissions shall be paid following expiration of this 30-day period.

1.2.3   Recapture Events; Recapture of Advanced Commissions.

(a)   A loan has a "**Recapture Event**" if (i) the loan has been paid in full per investor policy ("**Early Payoff**")-  (see NAF's Early Payoff Procedure, for additional information), or (ii) the borrower on the loan has failed to pay any of the first three (3) monthly payments due thereunder ("**Early Payment Default**").

(b)   **Commission Recapture.**  If a Recapture Event occurs on a loan originated before NAF has paid Advanced Commissions, Loan Consultant will not be eligible to receive all or any portion of the Advanced Commissions.  If NAF has paid the Loan Consultant Advanced Commissions on a loan originated by the Loan Consultant, and NAF has notified the Loan Consultant of a Recapture Event within the Recapture Notice Period, Loan Consultant shall promptly return the entirety of the Advanced Commissions to NAF.  If Loan Consultant does not return the Advanced Commissions, NAF will recover such amounts from Loan Consultant's future Advanced Commissions or other future compensation and Loan Consultant hereby consents to each such recovery by NAF.

1.3   Calculation of Commissions.  Loan Consultant will be paid Advanced Commissions on his/her personal loan originations in accordance with the Commission Formula and Commission Table below.

1.3.1   Commission Formula.  The method by which Advanced Commissions are computed (the "**Commission Formula**") is as follows:

**(A)** The number of basis points from the Commissions Table associated with the applicable Loan Scenario (reduced, as applicable, by: (i) 25 basis points if a Call Center Crossover Loan and/or (ii) the number of basis points contributed by Loan Consultant to defray certain

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960

Travis Lang
April 1, 2025

consumer costs in accordance with NAF's Loan Consultant Compensation Rules Procedure); **MULTIPLIED BY (B)** the total monthly volume originated for each Loan Scenario; **MINUS (C)** as applicable, the amount of any fees, costs, and/or expenses expressly agreed to by Loan Consultant, including, (i) advanced appraisal fees authorized by Loan Consultant in a Request to Advance Appraisal Fee & Acknowledgement of Obligation to Repay (except in California or New York); (ii) the amount of monthly Advertising Services Agreement fees and/or the Desk Rental expenses (as set forth in a separate written agreement between NAF and Loan Consultant); and/or (iii) the amount of any Advanced Commission subject to Recapture as described in **Section 1.2.3** above.

1.3.2   Commission Table.

| COMMISSION TABLE | | |
|---|---|---|
| **Loan Scenarios** | **Basis Points (bps) or Percentage (%) of Applicable Commission (where indicated)** | **Max Loan Compensation Will Not Exceed** |
| Purchase or Construction to Permanent Loans Funded by New American Funding (Self-Generated Leads) | 155 bps | $35,000 |
| Rate & Term Refinance or Cash-Out Refinance Loans Funded by New American Funding (Self-Generated Leads) | 155 bps | $35,000 |
| Streamline Refinance or IRRRL Loans Funded by New American Funding (Self-Generated Leads) | 100 bps | $35,000 |
| Corporate Generated Lead (Including in house standalone fixed 2nds) | 75 bps | $12,500 |
| NAF Leads | 50 bps | $35,000 |
| Century Communities Corp Account and Century Complete Corp Builder | 100 bps | $35,000 |
| Brokered Loans | 50% of net BPC/LPC compensation paid to NAF (not to | $35,000 |

Agreement Revised 8.1.2024
THIS DOCUMENT DOES NOT ALTER ANY EMPLOYEE'S AT-WILL EMPLOYMENT STATUS, WHICH MEANS EITHER THE COMPANY OR THE EMPLOYEE MAY TERMINATE EMPLOYMENT AT WILL, WITH OR WITHOUT CAUSE, AT ANY TIME, WITH OR WITHOUT NOTICE.

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960

Travis Lang<br>April 1, 2025

|  |  |  |
|---|---|---|
|  | exceed self-generated lead commission) |  |
| Builder Loans and Renovation Loans Referred to Builder Division Loan Consultant or Renovation Loan Consultant | 60 % of Applicable Advanced Commission | $35,000 |
| Builder Loan and Renovation Loan Referral Incentive | 40 % of Applicable Advanced Commission | $35,000 |
| Construction Loans | 50% of Advanced Commissions will be payable at initial closing of the loan, the remaining 50% of Advanced Commissions to be payable when the loan is converted from a construction loan to a standard mortgage. | $35,000 |
| FHA Reverse Mortgage Loan ARM Referred | 100 bps | $35,000 |
| FHA Reverse Fixed Rate Loan Referred to and Funded by the Reverse Mortgage Division Loan Consultant | 25 bps | $35,000 |
| Proprietary Non-FHA Reverse Loan (aka Jumbo Reverse Loan) | 100 BPS with a maximum of $2,500.00 | $2,500 |
| Reverse Mortgage to Reverse Mortgage Refinance | 50 bps with a maximum of $1,250.00 on proprietary reverse loans | $1,250 |
| Banked Standalone HELOCs | 50 bps on the draw | $35,000 |
| Piggyback Seconds (Refers to Bond/Banked/Brokered) | No commission paid | N/A |

Agreement Revised 8.1.2024<br>THIS DOCUMENT DOES NOT ALTER ANY EMPLOYEE'S AT-WILL EMPLOYMENT STATUS, WHICH MEANS EITHER THE COMPANY OR THE EMPLOYEE MAY TERMINATE EMPLOYMENT AT WILL, WITH OR WITHOUT CAUSE, AT ANY TIME, WITH OR WITHOUT NOTICE.

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960

Travis Lang
April 1, 2025

| | | |
|---|---|---|
| Figure HELOC Product | 65 bps | $35,000 |
| Refinance of a Previous NAF Customer prior to expiration of the EPO Period | 155 bps | $35,000 |
| Refinance of a NAF Customer after expiration of the EPO period but prior to 12 months after the funded date of the prior loan and a Trigger Notification is generated | 50 bps | $35,000 |
| Refinance of a NAF Customer after expiration of the EPO period but prior to 12 months after the fund date of the prior loan | 70 bps | $35,000 |

| Bonus Table | |
|---|---|
| **Loan Scenarios** | **Basis Points (bps)** |
| Refinance Portfolio Referral | 20 bps |
| Transitional Loan Referral | Applicable Advanced Commission from the schedule minus 40 bps |
| Interstate Brokered Loan Referral | 33% of the gross commission paid with a maximum of 40 bps. |
| NAF – Cash Advance Referral | 40 bps per funded file. |

1.4. <u>Definitions</u>.   For purposes of this Commission Plan, the following terms shall have the meanings as set forth below:

**Purchase or Construction to Permanent Loans Funded by New American Funding (Self-Generated Leads)** – This item refers to Purchase loans or Construction to Permanent loans where NAF acts as the Lender on the loan and advances its own funds to the borrower in connection with the making of the mortgage loan. These loans are from leads that the Loan Consultant brings into the Company due to his/her own individual outside sales efforts and which are considered self-generated leads.

**Rate & Term Refinance or Cash-Out Refinance Loans Funded by New American Funding (Self-Generated Leads)** – This item refers to Rate & Term Refinance or Cash-Out Refinance Loans where NAF acts as the Lender on the loan and advances its own funds to the borrower in connection with the making of the mortgage loan. These loans are from leads

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960

Travis Lang<br>April 1, 2025

that the Loan Consultant brings into the Company due to his/her own individual outside sales efforts and which are considered self-generated leads.

**Streamline Refinance or IRRRL Loans Funded by New American Funding (Self-Generated Leads)** - This item refers to Streamline Refinance or IRRRL loans where NAF acts as the Lender on the loan and advances its own funds to the borrower in connection with the making of the mortgage loan. These loans are from leads that the Loan Consultant brings into the Company due to his/her own individual outside sales efforts and which are considered self-generated leads.

**Corporate Generated Lead** – This item refers to a loan scenario where a consumer is working with a NAF retail loan officer and such consumer has also responded to or made reference to any of NAF's various online mortgage loan options and mortgage rate offerings.

**NAF Leads –** This item refers to loans where Loan Consultant has opted in to receive loan leads from NAF's Leads Department. These lead types may be either refinance or purchase loan leads.

**Century Communities Corp Account and Century Complete Corp Builder** – This item refers to Century Communities and Century Complete which are NAF Corporate Builder accounts.

**Brokered Loans** – These loans are brokered by NAF to another lender who provides the funds to the borrower. Brokered loans are permitted if the loan product is not available on any of NAF's offered loan programs and is a loan program of last resort.

**Builder Loans and Renovation Loans Referred to Builder Division Loan Consultant or Renovation Loan Consultant** This item refers to situations where Loan Consultant receives a loan application related to the purchase of new home located in one of NAF's Protected Builder Account Developments or where the loan application involves a Renovation Loan. Protected Builder account applications are to be referred to a designated Builder LO. Renovation loans are to be referred to a Renovation Specialist LO. When a Builder LO or Renovation LO receives a referral of a loan that results in a funded loan, the Builder LO or Renovation LO will be paid compensation based on the applicable percentage rate split shown on the Schedule. *Renovation loans include Homestyle and 203K loans.

**Builder Loan and Renovation Loan Referral Incentive** – This item refers to situations where Loan Consultant receives a loan application related to either the purchase of a new home located in one of NAF's Builder Account Developments or where the loan application involves a Renovation Loan. These applications are to be referred to a designated Builder LO or the Renovation LO, as applicable. When Loan Consultant refers a loan to the Builder LO or Renovation LO that results in a funded loan, the referring Loan Consultant will be paid a referral incentive. The referral incentive is a split of the total commission earned by the Builder LO or Renovation LO on the subject loan at the applicable percentage rate split noted on the Schedule. *Renovation loans include Homestyle and 203K loans.

**Construction Loans, Including One Time Close (OTC) –** This item refers to a loan that includes both the interim construction loan and the permanent 30-year loan under one

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960

Travis Lang<br>April 1, 2025

promissory note and one deed of trust with a single loan closing. At the closing, the borrower signs a 30-year amortizing promissory note and a modification agreement to the note that changes it from an amortizing to an interest-only note, with interest due only on the amount actually disbursed in accordance with a construction loan agreement and the stages of construction. The benefits of an OTC to a borrower include a one-time qualification process, fixed interest rates, reduced closing costs, and a single appraisal. Construction loans will be paid commission as outlined in the above table. 50% of the Advanced Commission will be payable at initial closing of the loan and the remaining 50% of Advanced Commission will be payable when the loan is converted from a construction loan to a standard mortgage. Note that Loan Consultant must be employed by NAF on the date that the loan is converted from a construction loan to a standard mortgage loan to be eligible for the additional Advanced Commission paid on such date.

**Reverse Mortgage Referral Incentive (Not Brokered Reverse Loans)** – When a Reverse mortgage loan that was referred to the NAF Reverse Mortgage Division results in a funded loan, this Referral Incentive will be paid to Loan Consultant.

**FHA Reverse Mortgage Loans Referred to and Funded by the Reverse Mortgage Loan Consultant** When an FHA reverse mortgage loan that was referred to the NAF Reverse Mortgage Department by the Loan Consultant results in a funded loan, the Loan Consultant will be paid the Advanced Commission noted on the Schedule.

**Jumbo Mortgage Referral Closes as a Reverse Loan** – When a Jumbo reverse mortgage loan that was referred from the NAF Forward Mortgage Division results in a funded loan, this Advanced Commission will be paid to the Loan Consultant

**Non FHA Reverse Mortgage Loans and/or Reverse Broker Loans Referred to and Funded by the Reverse Mortgage Division Loan Consultant** – When a Non-FHA reverse mortgage loan or a Reverse Brokered Loan that was referred to the NAF Reverse Mortgage Department by the Loan Consultant results in a funded loan, the Loan Consultant will be paid the Advanced Commission noted on the Schedule.

**HELOC Products -** This item refers to the Figure HELOC product and certain HELOC products shown on the NAF Approved Outside Lender List which is available on the NAF Intranet Page (Company Web**).**

**Refinance of a Previous NAF Customer prior to expiration of the EPO Period** – This item refers to loans that were previously closed by NAF that are being paid off and refinanced prior to expiration of the applicable EPO period reflected in the applicable Investor Guidelines or the Correspondent Agreement.

**Refinance of a NAF Customer after expiration of the EPO period but prior to 12 months after the funded date of the prior loan and a Trigger Notification is generated** – NAF actively monitors all credit inquires related to loans that are serviced by NAF. This item refers to NAF loans in which NAF receives notification of a trigger alert that the borrower has applied for credit and the Loan Consultant then originates a new loan that pays off the prior NAF Loan

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960

Travis Lang<br>April 1, 2025

after the expiration of the EPO period of the prior NAF loan. The duration of the EPO period is reflected in the applicable Investor Guidelines or Correspondent Agreements.

**Refinance of a NAF Customer after expiration of the EPO period but prior to 12 months after the fund date of the prior loan** – This item refers to loans that were previously closed by NAF and which were serviced by NAF which are being paid off and refinanced after expiration of the EPO period but at a time that is earlier than 12 months after the prior NAF loan was funded. The EPO period is determined by the applicable Investor Guidelines.

**Refi Portfolio Referral** – This item refers to a refinance loan that is referred to our ILA Division at LOs choice.

**Interstate Loan Referral** – This item refers to situations where a Loan Consultant receives a loan application related to the purchase or refinance for a home located in a state where the Loan Consultant is not currently licensed. These applications are to be referred to an Interstate LO. The referral incentive is a split of the total commission earned by the Interstate LO on the subject loan at the percentage noted on the Schedule.

**Interstate Brokered Loan Referral** – This item refers to situations where a Loan Consultant receives a loan application related to a Brokered Loan located in a state where the Loan Consultant is not currently licensed. These applications are to be referred to an Interstate LO. The referral incentive is a split of the total commission earned by the Interstate LO on the subject loan at the percentage noted on the Schedule.

**BPC/LPC** – This item refers to Borrower Paid Compensation/Lender Paid Compensation.

**2. Changes to Compensation.** Loan Consultant acknowledges and agrees that Loan Consultant's Compensation may be restructured and/or adjusted up or down by NAF, in its sole discretion. NAF will promptly notify Loan Consultant of any changes to this Commission Plan and/or provide Loan Consultant with a new or amended Commission Plan. The then-current Commission Plan shall be deemed amended on the effective date of the notice and/or the new Commission Plan.

**ACKNOWLEDGEMENT AND AGREEMENT**

I acknowledge that I have read and understand the provisions of this Commission Plan, the terms and conditions of which are incorporated into my Loan Originator Agreement.

**LOAN CONSULTANT:**

**Loan Consultant Signature:** _[Signed by: /s/ 9F99FD5C05254E5...]_

**Print Name of Loan Consultant:** Travis Lang

**Dated:** 4/17/2025 | 2:33 PM PDT

**NAF:**

**People and Culture Management:** _PAC Management_

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960



*Travis Lang*
*Monday, April 14, 2025*
*Page 14 of 14*

# TRANSITIONAL LOAN PROCESS AGREEMENT

As an unlicensed agent, pending state approval, you agree that you will not engage in any unlicensed activity.  This includes not taking loan applications and not discussing and/or negotiating rates, terms, loan programs, or any other items that would be considered licensed activity.

As an unlicensed LO, you agree to refer your clients to an approved transitional loan agent.  Once received by the Transitional LO, you agree to allow the Transitional LO to handle ALL aspects of loan origination, processing and funding. You further understand that the Transitional LO will complete the loan transaction regardless of whether your license becomes approved prior to funding of the loan.

It is further acknowledged and agreed that a violation of this policy may lead to disciplinary action up to and including termination.

Signed by:

Signature

Travis Lang
Print Name

4/17/2025 | 2:33 PM PDT
Date

_HR Management_____
Approved (NAF Human Resources)

Revised 3.22.23

Docusign Envelope ID: 639EBC6D-B4BD-45D7-9251-8DFAE1381960

**Special Guidance for Loan Officers**

As a loan officer transitioning to New American Funding ("NAF"), the purpose of this Memo is to provide guidance and clarification on NAF's expectations with respect to any agreements you might have with prior employers that contain provisions to which you remain legally bound.

NAF's expectation is that you will strictly abide by the terms and conditions of any such agreements, including, without limitation, any non-disclosure and/or non-solicitation provisions. If you have any agreements with, or obligations to, any prior employer that might be in conflict with your employment at NAF, please notify the People and Culture Department immediately at HumanResources@nafinc.com.

To assist in your smooth transition to NAF and aid in your ongoing compliance with obligations to prior employers, NAF offers the following guidance and expects your compliance with the same:

1) Do not solicit any current employees of your employer. Once you give notice regarding your departure, you can disclose your departure to other employees, but you are prohibited from soliciting or referring employees to consider employment at NAF.
2) Do not solicit consumers/customers of your employer. Consumers/customers belonging to your employer refers to any consumer who has submitted a written loan inquiry or a residential mortgage loan application to your employer.
3) Do not submit a loan inquiry, loan applications or any related borrower information to NAF prior to your employment start date at NAF.
4) Do not download, copy or otherwise take customer lists or customer information belonging to your Current Employer off the premises of your employer (no email, outlook contact lists, etc. can be taken off premises).
5) If employees of your Current Employer have questions about employment opportunities at NAF, refer them to the New American Funding Job website www.newamericanfunding.com/careers/ or instruct them to send an email to recruiters@nafinc.com.
6) Do not email company information or customer lists, pipeline reports, etc. from your Current Employer to your personal email account. This will protect you and NAF against claims of taking materials protected by applicable trade secret laws.

If you should have any questions on NAF's expectations or the matters addressed in this Memo, please contact the People and Culture Department immediately at People.andCulture@nafinc.com.

Revised 3/2/17